IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual capacities,

Defendants.

## ORDER DIRECTING PLAINTIFF TO MAKE
## MONTHLY FILING FEE OR TO SHOW CAUSE

Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff repeatedly has failed to comply with his **monthly** requirement either to make a payment or to show cause why he cannot.  Consequently, on September 6, 2005, I entered an order to show cause noting that plaintiff had failed since May 25, 2005, either to make the

required monthly payment or to show cause why he could not. In response to the order to show cause, plaintiff submitted copies of his inmate trust fund account statement on October 17, 2005; November 16, 2005; and December 9, 2005.

In January 2006, however, Plaintiff returned to his old ways and failed to make the required monthly payment or to show cause why he has no assets and no means by which to make the monthly payment. Therefore, plaintiff will be ordered either to make the required monthly payment or to show cause why he cannot.

Nor is it acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Consequently, hereafter I will require plaintiff, on or before the 15th day of **each** month and without any further notice from or order of the court, either to make the required monthly payment for the preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis*.

IT IS ORDERED that plaintiff shall have 15 days from the date of this order to make the required monthly payment of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payments.

IT IS FURTHER ORDERED that on the 15th day of **each** month hereafter plaintiff shall either make the required monthly payment for the preceding month or file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this action may be dismissed without further notice.

Dated January 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge