IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual and official capacities,

Defendants.

## ORDER

The parties appeared today for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:**   September 8, 2006

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Discovery limitations:**

Discovery is limited to eight depositions per side, no deposition to exceed seven hours of testimony; 40 interrogatories per side; 100 requests for admissions per side; and 25 requests for production of documents per side.

**Dispositive Motions Deadline:**   October 9, 2006

**Expert Disclosures:**   There will be no expert witnesses.

**Preliminary Pretrial Conference:** A preliminary pretrial conference will be held in this case on **July 31, 2006, at 8:30 a.m.** The plaintiff and his case manager shall contact the court by telephone at **303-844-6408** at that date and time to participate in the preliminary pretrial conference.

A proposed Preliminary Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 24, 2006**.

Dated May 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge