IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual and official capacities,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion for Magistrate to Reconsider his May 5, 2006 Order with Alternative Arrangements to Secure Transcripts** [Doc. #127, filed 5/30/06] (the "Motion") and **Addendum to Plaintiff's Motion for Magistrate to Reconsider his May 5, 2006 Order** [Doc. #129, filed 6/2/06]. The plaintiff requests that I reconsider an order I issued on May 4, 2006.[1] The plaintiff has not provided any basis for reconsideration of the order. Accordingly,

IT IS ORDERED that the Motion is DENIED.

---

[1] The order at issue was signed and docketed on May 4, 2006, not May 5, 2006.

Dated June 8, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge