IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual and official capacities,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion for Protective Order** [Doc. # 135, filed 6/16/06] (the "Motion"). The Motion is DENIED.

The plaintiff is an incarcerated person proceeding *pro se*. He seeks a protective order barring defendants' counsel from conducting any discovery regarding his criminal convictions.

I will not issue a blanket protective order. The plaintiff may assert his Fifth Amendment right to remain silent on a question-by-question basis. The defendants may seek an order to compel answers to the questions where appropriate. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated June 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

Dated June 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge