IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual and official capacities,

Defendants.

## ORDER

This matter is before me on the plaintiff's **Motion to Amend and Supplement Complaint** [Doc. #127, filed 5/30/06] (the "Motion"). The defendants do not oppose the Motion, and it appears that the proposed amended complaint is not frivolous. Accordingly,

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's First Amended and Supplemented Prisoner Complaint.

Dated June 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge