IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,
Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter is before me on the plaintiff's **Motion for Process Service by U.S. Marshal's Office** [Doc. # 153, filed 7/6/06] (the "Motion"). The Motion is GRANTED.

On June 28, 2006, the plaintiff was permitted to file his First Amended and Supplemented Prisoner Complaint (the "Amended Complaint") wherein he names three additional defendants: R. Lynn Keener, Robert Scranton, and the Estate of Opal Wilson. It now is

ORDERED that the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon defendants Keener, Scranton, and the Estate of Opal Wilson. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendants Keener, Scranton, and the Estate of Opal Wilson, or counsel for the defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated July 10, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland  
                                      United States Magistrate Judge