IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,
Defendants.

_____

**ORDER**

_____

This matter is before me on the plaintiff's **Motion to Add "Injunctive Relief" to**

**Plaintiff's Complaint** [Doc. # 157, filed 7/12/06] (the "Motion"). The plaintiff seeks leave to

amend his Amended Complaint "to add 'Injunctive Relief' to his Complaint." The plaintiff does

not specify the nature of the injunctive relief he seeks to add. Nor has the plaintiff submitted a

proposed second amended complaint containing the amendments he requests. I cannot reasonably

determine whether to allow a proposed amendment unless it is fairly presented for my review.

Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated July 18, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge