IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, and
JENELLE BORDEN, in their individual and official capacities,

Defendants.

## ORDER

This matter is before me on **Defendant Montoya's Motion to Stay Pretrial Proceedings Pending Decision on his Motion to Dismiss Plaintiff's First Amended and Supplemented Prisoner Complaint** [Doc. #148, filed 6/30/06] (the "Motion"). Defendant Montoya seeks an order staying proceedings in this case pending the Court's determination of his qualified immunity defense.

"[Q]ualified immunity is not only a defense to liability but also to entitlement to immunity from suit and other demands of litigation." Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992) (citations omitted). "Discovery should not be allowed until the court resolves the threshold question whether the law was clearly established at the time the allegedly unlawful action occurred." Id. Accordingly,

IT IS ORDERED that the defendant's Motion is GRANTED.

Dated July 18, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge