IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the following motions:

**Motion to Set Scheduling Conference for Defendants Keener, Scranton, and Estate of Opal Wilson and Plaintiff's Request for Hearing/Ruling of Defendant Scranton's Appearent [sic] "Conflict of Interest"** [docket no. 180, filed August 18, 2006];

IT IS ORDERED that Motion/docket no. 180 is GRANTED IN PART AND DENIED IN PART. It is GRANTED insofar as a scheduling conference will be set by separate Order. It is DENIED as to plaintiff's request for hearing/ruling of defendant Scranton's apparent conflict of interest.

**Defendant Montoya's Motion to Stay Briefing on Plaintiff's Verified Motion for Summary Judgment Pending Determination of Defendant's Qualified Immunity** [docket no. 182, filed August 22, 2006];

IT IS ORDERED that Motion/docket no. 182 is GRANTED.

**Motion for Court Order Permitting Plaintiff Attorney Calls** [docket no. 189, filed August 28, 2006];

IT IS ORDERED that the Motion/docket no. 189 is DENIED.

**Plaintiff's Motion for Extension of Time to File Reply to Defendant Montoya's Response to Plaintiff's Second Motion to Add Injunctive Relief** [docket no. 192, filed September 5, 2006];

IT IS ORDERED that the Motion/docket no. 192 is GRANTED. The reply shall be limited to six (6) double-spaced, typed-written pages.

**Second Request to Magistrate Boland to Use Proper Captions** [docket no. 193, filed September 5, 2006]

IT IS ORDERED that the Motion/docket no. 193 is DENIED AS MOOT.

DATED: September 7, 2006