IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, individually,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,

Defendants.

## ORDER

The parties appeared on October 11, 2006, for a preliminary scheduling conference. Consistent with matters discussed at that conference:

IT IS ORDERED that all claims against James A. Montoya in his official capacity are dismissed with prejudice at the request of the plaintiff;

IT IS FURTHER ORDERED that the stay of discovery with respect to James A. Montoya is continued;

IT IS FURTHER ORDERED that the plaintiff and defendants Keener, Scranton, and the Estate of Opal Wilson may engage in written discovery limited as follows:

(1) 30 requests for admissions per side[1];

---

[1] For purposes of this order, the plaintiff is one side; defendant Montoya is one side; and defendants Keener, Scranton, and the Estate of Opal Wilson are one side.

  (2)  15 requests for production of documents per side; and

  (3)  30 interrogatories per side.

IT IS FURTHER ORDERED that the **Plaintiff's Second Motion to Include Injunctive Relief In Prisoner's Civil Right Complaint** [Doc. # 176, filed 8/14/2006] is DENIED for the reasons stated on the record.

IT IS FURTHER ORDERED that the plaintiff's **Motion to Strike Defendant Montoya's Reply [Doc. # 173] for Non-Service and Supplement/Amendment [Doc. # 201] as Untimely and Improper Service** [Doc. # 209, filed 9/29/2006] is DENIED AS WITHDRAWN.

Dated October 12, 2006.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge