IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, individually,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,

Defendants.

## ORDER

This matter arises in connection with my *Order Directing Plaintiff to Make Monthly Filing Fee Payment or Show Cause* [Doc. # 245, filed 1/16/2007] (the "Order to Show Cause"). On January 17, 2007, I received a copy of the plaintiff's inmate trust fund account statement showing that he has a negative account balance.

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

IT IS FURTHER ORDERED that by the 15th day of each month hereafter the plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment, all as required by the Order to Show Cause.

Dated January 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge