IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.04-cv-01271-EWN-BNB | Date: April 11, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

PATRICK M. HAWKINSON,                                    Pro Se

        Plaintiff,

v.

JAMES (I) MONTOYA,                                            Awilda Marguez
in his individual capacity
ESTATE OF OPAL WILSON,                                 Robert Scranton
R. (I) LYNN KEENER,                                              Robert Scranton
in his individual capacity and official capacity
ROBERT SCRANTON,                                           Pro Se
in official capacity and individual capacity

        Defendants

## COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:     9:10 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion for court order that amended defendants have conclusively admitted all of plaintiff's request for admission pursuant to Rule 36(a) and (b) (11/24/06 #234) is denied.**

**ORDERED:** **Motion to compel (w/requested sanctions) amended defendants to answer plaintiff's discovery request, pursuant to Rule 37 Fed. R. Civ. P.(1/9/07 #242) is denied as it relates to the interrogatories. The request for production of documents taken under advisement.**

**ORDERED:** **Motion for protective order pursuant to F.R.C.P. 26( c )( 1/25/07 #251) is denied.**

**ORDERED:** **Plaintiff's motion for order directing defendant Montoya to answer plaintiffs' interrogatories(3/2/07 #270) is denied as withdrawn.**

**ORDERED:** **Defendant James A. Montoya's motion for reconsideration of Magistrate Judge's order denying leave to depose plaintiff(3/13/07 #280) is granted.**

**ORDERED:** **Motion to appoint counsel(4/2/07 #292) is taken under advisement.**

**ORDERED:** **Motion for summary judgment(4/4/07 #295) is stricken as untimely.**

Court in Recess        10:00 a.m.      Hearing concluded.

Total In-Court Time:  00:50