IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant James A. Montoya's Motion for Leave to Depose Plaintiff** [docket no. 300, filed April 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants may take the deposition of plaintiff at Sterling Correctional Facility.

DATED:  April 12, 2007