IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01271-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA, individually,
R. LYNN KEENER,
ROBERT SCRANTON, in their individual and official capacities, and
ESTATE OF OPAL WILSON,

Defendants.

## ORDER

This matter is before me on the following:

(1)  Plaintiff's **Motion for Court Order That Amended Defendants Have Conclusively Admitted All of Plaintiff's Requests for Admissions Pursuant to Rule 36(a) and (d)** [Doc. # 234, filed 11/24/2006] ( the "Motion re: Admissions");

(2)  **Plaintiff's Motion to Compel (w/ Requested Sanctions) Amended Defendants to Answer Plaintiff's Discovery Requests, Pursuant to Rule 37 Fed. R. Civ. P.** [Doc. # 242, filed 1/9/2007] ("Plaintiff's Motion to Compel");

(3)  The **Motion for Protective Order Pursuant to F.R.C.P. 26(c)** [Doc. # 251, filed 1/25/2007] (the "Motion for Protective Order") filed by defendants Keener, Scranton and the Estate of Opal Wilson;

(4)  **Plaintiff's Motion for Order Directing Defendant Montoya to Answer**

**Plaintiff's Interrogatories** [Doc. # 270, filed 3/2/2007] (the "Motion re: Montoya Discovery");

(5) **Defendant James A. Montoya's Motion for Reconsideration of Magistrate Judge's Order Denying Leave to Depose Plaintiff** [Doc. # 280, filed 3/13/2007] (the "Motion for Reconsideration"); and

(6) **Defendant Robert Scranton's Verified Motion for Summary Judgment** [Doc. # 295, filed 4/4/2007] ("Scranton's Motion for Summary Judgment").

I held a hearing on the motions on April 11, 2007, and made rulings on the record and took certain matters under advisement. My rulings during the hearing are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion Re: Admissions is DENIED. The admissions are WITHDRAWN and the responses contained in the *Amended Defendant's Answers to Plaintiff's Interrogatories and Requests for Admissions* are substituted.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel is DENIED. The Plaintiff's Motion to Compel is DENIED insofar as it is directed to the plaintiff's requests for admissions and plaintiff's interrogatories, for the reasons stated on the record at the hearing on April 11, 2007. I took under advisement the issue of the Plaintiff's Motion to Compel with respect to the plaintiff's requests for production of documents, and I now DENY the motion with respect to the requests for production. Upon closer review, the plaintiff does not seek relief with respect to any of the requests for production.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion re: Montoya Discovery is DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED that the Motion for Reconsideration is GRANTED, and the defendants are granted leave to depose the plaintiff.

IT IS FURTHER ORDERED that Scranton's Motion for Summary Judgment is STRICKEN as untimely.

Dated April 13, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge