IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01271-EWN-BNB

PATRICK M. HAWKINSON,

    Plaintiff,

v.

JAMES A. MONTOYA,
R. LYNN KEENER,
ROBERT SCRANTON, and
ESTATE OF OPAL WILSON,
in their individual and official capacities,

    Defendants.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

    This matter having been set for trial commencing on August 27, 2007, it is now

**ORDERED** as follows:

    1. The court will hold a trial preparation conference commencing at 3:15 o'clock p.m. on Friday, August 17, 2007, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

    2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 31st day of May, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge