IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                     Date: May 31, 2007
Therese Lindblom, Court Reporter

Civil Action No.  04-cv-01271-EWN-BNB

| *Parties:* | *Counsel:* |
|---|---|
| PATRICK M. HAWKINSON, | Dennis Hartley |
|      Plaintiff, | |
| v. | |
| JAMES A. MONTOYA, in his individual capacity; | Awilda R. Marquez |
| R. LYNN KEENER, | Robert Scranton |
| ROBERT SCRANTON, in their individual and official capacities, and | |
| ESTATE OF OPAL WILSON, | |
|      Defendants. | |

---

## COURTROOM MINUTES

---

**Status Conference**

**10:13 a.m.**     Court in session.

Appearances of counsel.  Plaintiff Hawkinson appears by telephone.

Discussion regarding #253, Magistrate Judge's Recommendation.

**ORDERED: 1.     Court accepts the Recommendation of United States Magistrate Judge (#253, filed February 5, 2007) in its entirety.**

*Courtroom Minutes*
*04-cv-01271-EWN-BNB*
*Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED: 2.    Defendants' Motion for Judgment on the Pleadings (#222, filed October 31, 2006) is GRANTED in part and DENIED in part in accordance with the magistrate judge's recommendations.**

Discussion regarding possibility of settlement.

Discussion regarding deposition of plaintiff.  Court finds that matter is not ripe and may be referred to Magistrate Judge Boland.

Discussion regarding estimated length of trial.  Counsel estimate four days.

Counsel are directed to chambers for trial date.

**10:25 a.m.**    Court in recess.

Hearing concluded.

Total time in court:  00:12